**William RUPPRECHT, Plaintiff, Appellant,**

v.

**CITY OF PITTSFIELD, et al., Defendants, Appellees.**

No. 06–2767.

United States Court of Appeals, First Circuit.

May 31, 2007.

William Rupprecht, on brief, pro se.

Nancy Frankel Pelletier and Robinson Donovan, P.C., on brief, for appellees.

Before BOUDIN, Chief Judge, CAMPBELL, Senior Circuit Judge, and LYNCH, Circuit Judge.

PER CURIAM.

After carefully considering the briefs and record on appeal, we affirm the judgment below. *McCord v. Horace Mann Ins. Co.*, 390 F.3d 138 (1st Cir.2004) (*de novo* review).

Among other problems, land-use conflicts rarely support constitutional claims. Extreme circumstances are required to support substantive due process or equal protection claims. Exhaustion of state remedies is a prerequisite for procedural due process and Fifth Amendment takings claims. *SFW Arecibo, Ltd. v. Rodriguez*, 415 F.3d 135 (1st Cir.2005). Appellant made no showing that he satisfied any of these requirements.

*Affirmed. See* 1st Cir. R. 27.0(c).